IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX WEISS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
CHARLES J. HOSKIN, DISTRICT
JUDGE,
Respondents,
    and
CHANDRA TAIT,
Real Party in Interest.

No. 79164

FILED

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus, or in the alternative, prohibition, seeking an order directing the district court to reverse its decisions declaring petitioner a vexatious litigant, reverse its decision awarding real party in interest attorney fees, and re-open petitioners order to show cause and subsequent motion, and strike two orders after hearing.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228,

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.                    _____ , J.
Pickering                                        Hardesty

cc:    Hon. Charles J. Hoskin, District Judge, Family Court Division
       Max Weiss
       Chandra Tait
       Eighth District Court Clerk